Lewis, as Sheriff, v. Calloway et al.—Decision of Court.

sary to discuss these questions here, so the writ of prohibition is dismissed.

WHITFIELD, P. J., AND BUFORD, J., concur.

BROWN, C. J., AND ELLIS AND STRUM, J. J., concur in the opinion.

---

A. J. LEWIS, SHERIFF OF JACKSON COUNTY, FLORIDA, *Appellant,* v. J. E. CALLOWAY AND R. F. WATSON, *Appellees.*

Division B.

Decision Filed July 24, 1926.

An Appeal from the Circuit Court for Jackson County; Amos Lewis, Judge.

*Carter & Solomon,* for Appellant;

No appearance for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.